# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | | |
|---|---|---|
| ROY DEAN BARMORE | * | CIVIL ACTION NO. 16-0363 |
| VERSUS | * | JUDGE ELIZABETH E. FOOTE |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the instant complaint is hereby **DISMISSED without prejudice**. Fed.R.Civ.P. 4(m), 41(b), and LR 41.3W.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 25th day of April, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE